UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR06-430 MJP |
| ) | |
| v. ) | |
| ) | |
| ISIDRO MENDOZA-MEDINA, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

Count I: Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1), 841 (b)(1)(A) and 846.

Counts II through IV: Distribution of Methamphetamine, in violation of 21 U.S.C. §§ 841 (a) and 841 (b)(1)(C).

Count V: Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841 (a) and 841 (b)(1)(B).

Date of Detention Hearing: December 18, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Pursuant to 18 U.S.C. §3142 (e), a rebuttable presumption exists that no conditions or combination of conditions exist short of detention that will reasonably assure the

safety of the community or the appearance of the defendant. The presumption is appropriately applied in this case.

(2) The defendant is a citizen of Mexico.

(3) The defendant was not interviewed by pretrial services, and hence his ties to the Western District of Washington are unknown.

(4) The defendant is associated with 9 alias names and 5 different dates of birth.

(5) When arrested the defendant had one pound of methamphetamine on his person. A search of his residence produced another 13 pounds of methamphetamine.

(6) There are no conditions or combination of conditions short of detention that will reasonably assure the safety of the community or the appearance of the defendant.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

01        DATED this 19th day of December, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91